JS-6

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TYRONE CEDRIC DUREN,

        Petitioner,

  v.

J. DOERER, Warden,

        Respondent.

Case No. 5:22-cv-02162-KES

**JUDGMENT**

     Pursuant to the Court's Order Granting Respondent's Motion to Dismiss, IT IS ADJUDGED that the Petition is dismissed without prejudice because Petitioner's claims are not cognizable in a habeas petition.

DATED:  March 14, 2023

*Karen E. Scott*
_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE